BRESSLER, AMERY & ROSS
A Professional Corporation
325 Columbia Turnpike
Florham Park, New Jersey 07932
P.O. Box 1980
Morristown, New Jersey 07962
973) 514-1200
(BA 7144)
(DL 9250)

MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, California 90071
(213) 683-9100

Attorneys for Defendants
Merrill Lynch & Co., Inc., Merrill
Lynch Group, Inc., and Merrill Lynch,
Pierce, Fenner & Smith Incorporated

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS J. DEBENEDICTIS on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH & CO., INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; MERRILL LYNCH GROUP, INC.; FAM DISTRIBUTORS, INC.; MERRILL LYNCH INVESTMENT MANAGERS, L.P.; FUND ASSET MANAGERS, L.P., and PRINCETON SERVICES, INC.,<br><br>Defendants. | Civil Action No. 04-404 (JLL)<br><br>Honorable Jose L. Linares, U.S.D.J.<br><br>NOTICE OF MOTION |

669309.1

TO:  Arthur Penn, Esq.  
     **PELLETTIERI, RABSTEIN**  
     **& ALTMAN**  
     790 Woodlane Road  
     Tarnsfield Plaza  
     Mt. Holly, NJ 08060

James R. Malone, Jr., Esq.  
**CHIMICLES & TIKELLIS LLP**  
361 West Lancaster Avenue  
Haverford, PA 19041

Michael J. DeBenedictis, Esq.  
**DEBENEDICTIS & DEBENEDICTIS**  
41 South Haddon Avenue, Suite 5  
Haddonfield, NJ 08033

**Attorneys for Plaintiff Thomas J. DeBenedictis**

     **PLEASE TAKE NOTICE,** that on December 27, 2004 at 9:30 a.m. or as soon thereafter as counsel can be heard, the defendants Merrill Lynch & Co., Inc., Merrill Lynch Group, Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Moving Defendants") through their attorneys Bressler, Amery & Ross, P.C., and Munger, Tolles & Olson, LLP, will move before the Honorable Jose L. Linares, United States District Judge, at the Martin Luther King, Jr. Federal Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an order dismissing the Amended Class Action Complaint with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b).

     In support of this motion, Moving Defendants will rely upon the Moving Defendants' Brief in Support of Their Motion to Dismiss, proposed form of Order, the Motion and supporting papers filed concurrently herewith by Defendants FAM Distributors, Inc.; Merrill Lynch Investment Managers L.P.; Fund Asset Managers, L.P., and Princeton Services, Inc., and arguments of counsel in open Court.

669309.1

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

                                           **BRESSLER, AMERY & ROSS**
                                           A Professional Corporation
                                           325 Columbia Turnpike
                                           Florham Park, New Jersey 07932
                                           P.O. Box 1980
                                           Morristown, New Jersey 07962

                                           By: _____
                                                 Brian F. Amery (BA 7144)
                                                 David J. Libowsky (DL 9250)

                                           **MUNGER, TOLLES & OLSON LLP**
                                           355 South Grand Avenue
                                           35th Floor
                                           Los Angeles, California 90071
                                           (213) 683-9100
                                           (213) 687-3702 (fax)

                                           Attorneys for Defendants Merrill Lynch & Co.,
                                           Inc., Merrill Lynch Group, Inc., and Merrill Lynch,
                                           Pierce, Fenner & Smith Incorporated

Dated: November 19, 2004

669309.1